# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3135

_____

| | |
|---|---|
| Abdel Latif Toure, | * |
| | * |
| Petitioner, | * Petition for Review of |
| | * an Order of the Board of |
| v. | * Immigration Appeals. |
| | * |
| Eric H. Holder, Jr.,[1] Attorney General | * [UNPUBLISHED] |
| of the United States, | * |
| | * |
| Respondent. | * |

_____

Submitted: July 7, 2009
Filed: July 10, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Abdel Latif Toure, a native of Guinea, petitions for review of an order of the Board of Immigration Appeals affirming an immigration judge's order that found Toure removable as charged. We dismiss the petition. Toure was found removable based on two drug convictions that the immigration judge sustained, either of which would justify his removal, see 8 U.S.C. § 1227(a)(2)(A)(iii), (B)(i), and he contests

_____

[1]Eric H. Holder, Jr. has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

the findings as to only one conviction, <u>see</u> <u>Morales Ventura v. Ashcroft</u>, 348 F.3d 1259, 1262-63 (10th Cir. 2003) (issue is moot when court cannot grant effectual relief on issue). In any event, the specific issues he raises are not reviewable in this court, <u>see</u> 8 U.S.C. § 1252(a)(2)(C) (no court shall have jurisdiction to review final order of removal against alien who is removable by reason of committing criminal offense covered under, inter alia, 8 U.S.C. § 1227(a)(2)(B)), because he did not raise before the Board of Immigration Appeals (or here) a substantial and colorable constitutional challenge or a legal argument.

Accordingly, we dismiss the petition.

_____